DATE OF NOTICE: **September 16, 2002**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| THE PHOENIX INSURANCE COMPANY, | : | **CIVIL ACTION.** |
| vs. | : | |
| JOSEPH ORTLIP, ET AL., | : | **NO.** 02-4364 |

**<u>NOTICE</u>**

Please be advised that an initial pretrial conference in the above-captioned case will be held on **October 8, 2002** at **11:30 a.m.** before the Honorable Eduardo C. Robreno in Room 7614, U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

Attached is an Initial Pretrial Conference Information Report (the "Report") which you are required to complete and forward to the Court at least three (3) days prior to the Initial Pretrial Conference. Do not have the Report docketed. Also attached is a notice of Agenda of Initial Pretrial Conference. In lieu of each side submitting a Report, the parties may file a joint report pursuant to Federal Rule of Civil Procedure 26(f).

If trial counsel in this case is on trial in a Court of record at the time of the Initial Pretrial Conference, another attorney in such trial attorney's office, who should be familiar with the case, is required to appear at the Initial Pretrial Conference.

                                           **Constantine S. Flores
                                           Deputy Clerk to Judge Robreno
                                           (267) 299-7429**

**cc:** Allan Aigeldinger, Esquire
     Christine Celia, Esquire