IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE PHOENIX INSURANCE COMPANY, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JOSEPH ORTLIP, ET AL. | : | NO. 02-4364 |

## **O R D E R**

AND NOW, this **7th** day of **October 2002,** it is Ordered that the Initial Pretrial Conference initially scheduled on **October 8, 2002 at** 11:30 a.m. is **RESCHEDULED** on **October 8, 2002 at 3:00 p.m.**, Room 7614 US Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

```
     ATTEST:                    or     BY THE COURT


     BY:_____        _____
     Deputy Clerk                      Judge
```

C.V. 12 (4/99)

cc via Fax:

Allan Aigeldiner, Esq.
Christine Sheridan Celia, Esq.