IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE PHOENIX INSURANCE COMPANY, | : | CIVIL ACTION |
| | : | |
| JOSEPH ORTLIP, ET AL., | : | NO. 02-4364 |

ORDER

AND NOW, this 8th day of **October 2002**, it is **ORDERED** that the Initial Pretrial Conference scheduled on October 8, 2002 is **CONTINUED** until **October 15, 2002 at 12:00 p.m.**, Room 7614, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

AND IT IS SO ORDERED.

_____
EDUARDO C. ROBRENO,  J.