IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THE PHOENIX INSURANCE COMPANY,     :     CIVIL ACTION
Plaintiff                          :     NO.  02-4364
                                   :
                                   :
                                   :
JOSEPH ORTLIP, ET AL.,             :
Defendants                         :

ORDER

     **AND NOW**, this **15th** day of **October 2002**, it is **ORDERED** that both parties shall file cross-motions for summary judgment by **December 16, 2002.**

     It is **FURTHER ORDERED** that responses to the cross-motions for summary judgment shall be filed by **February 14, 2003.**

     **AND IT IS SO ORDERED.**

                        **_____**
                        **EDUARDO C. ROBRENO,   J.**