IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE PHOENIX INSURANCE COMPANY, | : | CIVIL ACTION |
| Plaintiff | : | NO. 02-4364 |
| | : | |
| JOSEPH ORTLIP, ET AL., | : | |
| Defendants | : | |

ORDER

**AND NOW**, this **4th** day of **February, 2003**, it is hereby **ORDRED** that judgment[1] is entered in favor of plaintiff Phoenix Insurance Company and against defendants Joseph Ortlip, et al., declaring that plaintiff owes no underinsured motorist benefits to defendants as a result of the accident that occurred on October 27, 1999.

**AND IT IS SO ORDERED.**

_____
 EDUARDO C. ROBRENO,   J.

---

[1] Judgment is entered without objection by defendants, based on the decision of the Pennsylvania Supreme Court in Prudential Prop. & Cas. Ins. Co. v. Colbert, — A.2d —, 2002 WL 31906705 (Pa. Dec. 31, 2002).